UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEO J. METZGAR and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> -against- <br><br> MINISINK LANES MEMORIAL HOLDINGS LLC and MINISINK LANES INC., <br><br> Defendants. | Case No.: 23-CV-2918 <br><br> **NOTICE OF VOLUNTARY DISCONTINUANCE WITHOUT PREJUDICE** |

Plaintiff, LEO J. METZGAR and On Behalf of All Others Similarly Situated, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action as against MINISINK LANES MEMORIAL HOLDINGS LLC and MINISINK LANES INC, without prejudice and without cost to any party and this notice may be filed with the Clerk of the Court without further notice.

Dated:   Syosset, New York
         June 8, 2023

                                              Respectfully submitted,

                                              BELL LAW GROUP, PLLC

                                              *Daniel A. Johnston*

                                              Daniel A. Johnston, Esq.
                                              116 Jackson Avenue
                                              Syosset, New York 11791
                                              Phone: 516.280.3008
                                              Fax: 516.706.4692
                                              jg@belllg.com